**Exhibit A to the Complaint**

**Location:** Woodbury, NJ  
**Total Works Infringed:** 72

**IP Address:** 96.235.137.118  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 10/23/2017 02:40:51 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/11/2017 16:44:58 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 06/06/2017 16:41:07 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 4 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 07/26/2017 18:02:40 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 5 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 06/03/2017 06:29:19 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 10/03/2017 03:58:04 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 7 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 06/06/2017 15:51:21 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 8 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 06/06/2017 15:54:32 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 9 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/09/2017 02:28:33 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 10 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 10/23/2017 01:33:25 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 11 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/06/2017 16:27:46 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 12 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/11/2017 16:53:36 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 13 | 1E67DE039B64675913542CB2412BE54790434246 | Blacked | 06/06/2017 15:06:25 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 14 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/03/2017 05:54:00 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 15 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 10/23/2017 06:23:34 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 16 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 06/06/2017 16:23:45 | 05/16/2017 | 06/22/2017 | PA0002039300 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/25/2017 14:09:44 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 18 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/06/2017 02:19:54 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 19 | 3490FEB1EE1CCA9CFD64E9A1B7079ACEEA5B1F54 | Blacked | 05/23/2017 19:37:15 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 20 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/03/2017 05:01:48 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 21 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 06/22/2017 06:43:48 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 22 | 410A51E4FE04FB093D6631EF705750E5BEA249F4 | Blacked | 06/22/2017 05:27:30 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 23 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/15/2017 00:25:34 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 24 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 03:45:03 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 25 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/23/2017 05:51:21 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 26 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 10/31/2017 00:51:28 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 27 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/03/2017 07:47:59 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 28 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/01/2017 06:45:22 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 29 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 06/06/2017 16:05:09 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 30 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 07/31/2017 02:03:24 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 31 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | Tushy | 06/06/2017 15:34:19 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 32 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 10/23/2017 04:41:34 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 33 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 06/22/2017 05:31:39 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 34 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/18/2017 01:13:39 | 06/15/2017 | 07/06/2017 | 15583057198 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 641BA928BC02E9CF0F49008916D78A622EC87C4C | Tushy | 08/28/2017 08:44:39 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 36 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/10/2017 01:55:27 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 37 | 6C5115AFADCAA1FA67725BC6C2B0073CFA71E606 | Tushy | 08/28/2017 08:08:55 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 38 | 6E75E4568C8EFC42FA0C5DC2E5FECF1FAF1EF3D4 | Blacked | 06/02/2017 01:45:48 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 39 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 07/30/2017 18:36:29 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 40 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 10/23/2017 04:25:55 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 41 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/25/2017 15:35:00 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 42 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/11/2017 19:05:17 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 43 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 06/06/2017 16:14:40 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 44 | 9B5761C43053C4D647846D4270AD5085098C8B1A | Tushy | 10/23/2017 04:17:56 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 45 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 10/23/2017 04:49:54 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 46 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 10/23/2017 01:39:50 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 47 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/05/2017 23:49:13 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 48 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/26/2017 15:58:35 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 49 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 06/06/2017 16:08:49 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 50 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/25/2017 10:07:41 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 51 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/18/2017 04:54:42 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 52 | C1242C6BAF05ADCC2C4FB61D40FAC6C469F25E9B | Blacked | 06/06/2017 14:52:25 | 04/25/2017 | 06/15/2017 | PA0002037576 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | C241B1964E82F1F502CC385B6BFFC8CAC0FB7EEF | Blacked | 08/28/2017 06:15:37 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 54 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 10/23/2017 02:38:53 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 55 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/28/2017 08:38:23 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 56 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/18/2017 21:04:37 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 57 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/23/2017 05:33:15 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 58 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 06/06/2017 15:18:28 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 59 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 07/01/2017 20:00:10 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 60 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/13/2017 16:21:03 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 61 | DDD0B4C3DE97EF48929F631A28E84ECD4D422578 | Blacked | 06/02/2017 02:47:13 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 62 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 10/23/2017 03:44:42 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 63 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/23/2017 01:40:23 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 64 | EA9B3A53CA20ACAF75F495FB1ECF65A7A12B895A | Blacked | 07/01/2017 20:02:33 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 65 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/02/2017 23:37:38 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 66 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/16/2017 17:13:55 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 67 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 10/23/2017 03:00:57 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 68 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 05/05/2017 18:02:26 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 69 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | Tushy | 10/23/2017 02:37:48 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 70 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 02:17:37 | 10/22/2017 | 11/15/2017 | PA0002063627 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | F3C3327EC20577E9957D7303D1CA2216464EE641 | Blacked | 08/28/2017 06:05:46 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 72 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/25/2017 10:52:08 | 09/22/2017 | 10/02/2017 | PA0002057455 |