

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

Office Managing Partner
Gerard P. Norton

JOHN C. ATKIN
Direct No:  609.895.3327
Email: JAtkin@FoxRothschild.com

April 16, 2018

<u>**Via ECF**</u>

The Honorable Joel Schneider
United States District Court for District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 96.235.137.118**
     **Dkt. No. 1:17-cv-12786-NLH-JS**

Judge Schneider:

  As you know, we represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. We respectfully write to inform the Court of a clerical error in the Order entered on April 16, 2018 [ECF No. 6], which identifies Defendant's Internet Service Provider as "Comcast Cable Communications, LLC." Defendant's Internet Service Provider is Verizon Online LLC ("Verizon Fios"). *See generally* [ECF Nos. 1, 4].

  Accordingly, we respectfully request that the Court to enter an amended order indicating that Strike 3 may serve a Rule 45 subpoena on Verizon Online LLC.

  Thank you for your attention to this matter.

                 Respectfully submitted,

                 */s/ John C. Atkin*

                 John C. Atkin